THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH SERRANO, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD McDERMOTT, Appellant.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

JOHN W. ARCHER, JR., as Administrator of the Estate of JOHN W. ARCHER, Deceased, Appellant, v. JOHN O'ROURKE, as President of Chauffeurs Local Union No. 282 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, an Unincorporated Association, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

EDWARD MELLO, Respondent, v. ERNEST BIEHLING, Defendant, and ALICE HOWE et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

In the Matter of ALDEN HOTEL CORPORATION, Appellant-Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [225 Central Park West, Borough of Manhattan.] Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

SALLY'S FURS, INC., Plaintiff, v. MARC AIR CONDITIONING & REFRIGERATION CORP., Defendant and Third-Party Plaintiff. HERMAN LEBEN, Doing Business as IMPERIAL SHEET METAL WORKS, Third-Party Defendant. HERMAN LEBEN, Doing Business as IMPERIAL SHEET METAL WORKS, Appellant, v. MARC AIR CONDITIONING & REFRIGERATION CORP., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

INDUSTRIAL MANUFACTURERS, INC., Respondent, v. BEOL HOSIERY CORPORATION, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.